IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NEWSBOYS, INC., and<br>WESLEY CAMPBELL,<br><br>    Plaintiffs,<br>v.<br><br>WARNER BROS. RECORDS INC.,<br>WARNER MUSIC INTERNATIONAL, and<br>NEW BOYZ, EARL "Ben J" BENJAMIN,<br>and DOMINIC "Legacy" THOMAS,<br><br>    Defendants. | No. 3:12-cv-0678<br>Chief Judge Haynes |

O R D E R

In accordance with the Memorandum filed herewith, Defendants' motion to dismiss (Docket Entry No. 33) is **GRANTED** and this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 10th day of July, 2013.

William J. Haynes, Jr.
Chief Judge
United States District Court